8 A.3d 336

**Nanya Rashiyd ZODOQ, El, Sui Juris, Priority Claimant/Injured Party**

v.

**COMMONWEALTH of Pennsylvania, PHILADELPHIA COUNTY COURT OF COMMON PLEAS,**

v.

**Nanya Rashiyd Zodoq El, Ens Legis Defendant, Corporate Fiction.**

**Petition of Nanya Rashiyd Zodoq El.**

**No. 104 EM 2010.**

Supreme Court of Pennsylvania.

Nov. 18, 2010.

### ORDER

PER CURIAM.

**AND NOW,** this 18th day of November, 2010, the Application for Leave to File Original Process is **GRANTED,** and the

"Omnibus Petition for a Writ of Habeas Corpus Ad Subjiciendum and a Writ for Extraordinary Relief" is **DENIED.**